UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-181-D

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| QUENTIN EARL BATTLE | : |

## ORDER

This matter comes now before this court on motion of the United States to order the disposition of firearms associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Rocky Mount Police Department to dispose, by destruction, incapacitation, or other means, in accordance with its regulations the following:

a) A Mossburg Model 500A 12-gauge shotgun bearing serial number T428509;

b) A Smith & Wesson Model M&P 45 Cal. handgun bearing serial number DUK8252;

c) A Taurus model PT940 40 Cal. handgun bearing serial number SSH04042;

d) A Bushmaster Model XM15-E25 223 Cal. Rifle bearing serial number L302479;

e) A Norinco Model SKS 7.62 Cal. Rifle bearing serial number 1605540;

f) Romar/Cugir Model GP WASR 10/63 7.62 Cal. rifle bearing serial number SCE-4675-87; and

g) Any and all ammunition.

This the __3__ day of __March__, 2021.

_J. Dever_
JAMES C. DEVER III
United States District Judge