UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-181-D-1

UNITED STATES OF AMERICA

v.

QUENTIN EARL BATTLE

ORDER TO SEAL

On motion of the Defendant, Quentin Earl Battle, and for good cause shown, it is hereby

ORDERED that **DE 82** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __11__ day of November, 2021.

JAMES C. DEVER III
United States District Court Judge