IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-181-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| QUENTIN EARL BATTLE, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the United States, for good cause shown, it is hereby ORDERED that the Government's Response at Docket Entry 86 be sealed by the Clerk from this date until further order by this Court.

This the 11 day of November, 2021.

JAMES C. DEVER III
United States District Judge