UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-181-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUENTIN EARL BATTLE | ORDER TO SEAL |

On motion of the Defendant, Quentin Earl Battle, and for good cause shown, it is hereby ORDERED that **DE 88** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __11__ day of November, 2021.

_____
JAMES C. DEVER III
United States District Court Judge